UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MOHAMMED IDRESS,

                            Plaintiff,

            -against-                             04 Civ. 2197 (LAK)

CITY OF NEW YORK, et ano.,

                          Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       No objection having been filed to the report and recommendation of Magistrate Judge Gabriel W. Gorenstein, the motion for summary judgment dismissing the complaint (DI 42, 46) is granted. The Clerk shall enter final judgment.

       SO ORDERED.

Dated:      February 13, 2009

                                              Lewis A. Kaplan
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/13/09